IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
DIVISION NO. ____

TRENT BURNSIDE            Case No. CV 12-52-3            PLAINTIFF

v.

RAILSERVE, INC.,                                     DEFENDANT

**PLAINTIFF DEMANDS TRIAL BY JURY**

SERVE DEFENDANT RAILSERVE, INC., AT:
    The Prentice-Hall Corporation System, Arkansas
    300 Spring Building, Suite 900
    300 S. Spring Street
    Little Rock, Arkansas 72201

FILED FOR RECORD
at 11:25 o'clock ___ M
FEB 10 2012
VICKIE STELL, CIRCUIT CLERK
By _____ DC

## COMPLAINT

Comes now Plaintiff Trent Burnside, by and through his undersigned attorneys, and for his Complaint against Defendant Railserve, Inc. ("Railserve"), states as follows:

1. On or about June 9, 2011, Plaintiff was employed by Defendant Railserve as a trainman and was working in the course and scope of that employment in Crossett, Arkansas, when Plaintiff's right arm was crushed between rail equipment, requiring amputation below the elbow.

2. At all times pertinent to this civil action Defendant Railserve has been a corporation organized and existing under the law of Arkansas and has conducted business within Ashley County, Arkansas.

3. At all times pertinent to this lawsuit Plaintiff has been a resident of Hamburg, Ashley County, Arkansas.

4. This claim arises under the provisions of 45 U.S.C. §§ 51-60, commonly known as the Federal Employers' Liability Act (FELA).

5. At all times pertinent to this action, Defendant Railserve has been a railroad corporation engaged as a common carrier performing rail services throughout the United States and Canada, including in Ashley County, Arkansas, and offering rail services for hire to the public.

6. Plaintiff was at the time of his injuries working in furtherance of Defendant Railserve's interstate commerce.

7. On or about June 9, 2011, Plaintiff was injured in the course and scope of his employment as a trainman for Defendant Railserve while assisting the coupling of a railcar and locomotive on rail track located in Crossett, Arkansas, when his right arm was crushed between the car and locomotive, which injuries were caused, in whole or in part, by one or more of the following acts or omissions of negligence by Defendant Railserve, its agents and/or servants:

    a. It failed to provide a reasonably safe place to work;

    b. It failed to provide reasonably safe methods for work;

    c. It failed to provide reasonably safe equipment for work;

    d. It failed to provide appropriate appliances to align coupling equipment;

    e. It failed to provide appropriate maintenance of coupling equipment;

    f. It violated the provisions of the Safety Appliance Act (SAA), 49 U.S.C. § 20302(a)(1)(A) and 49 C.F.R. 231.30, constituting negligence *per se*; and,

    g. It violated the provisions of the Locomotive Inspection Act (LIA), 49 U.S.C. § 20701 and 49 C.F.R. 229.7, constituting negligence *per se*;

8. As a result in whole or in part of one or more of these negligent acts or omissions Plaintiff suffered injuries to his right arm and upper extremity; he sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his right arm and upper extremity; he experienced severe pain, suffering, and disfigurement and will continue to

experience severe pain, suffering, and disfigurement; he has undergone amputation surgery and may undergo further surgeries; he sought and received medical care and attention and will continue to receive medical care and attention; he incurred medical expenses and will continue to incur medical expenses; he lost wages and benefits and will continue to lose wages and benefits, he has sustained a loss of earning capacity and will continue to have a loss of earning capacity; he has sustained permanent disability; all to his damage.

WHEREFORE, Plaintiff Trent Burnside requests judgment against the Defendant Railserve in a sum which is fair and reasonable in excess of Seventy-Five Thousand Dollars ($75,000.00), plus cost of suit.

SCHLICHTER, BOGARD & DENTON

NELSON G. WOLFF ABN #2006002
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)
nwolff@uselaws.com

and

PAUL J. JAMES ABN# 83091
ROBERT T. JAMES ABN# 91008
JAMES, CARTER, COULTER, P.L.C.
500 Broadway
Little Rock, Arkansas 72203
866-716-3242
501-372-1659 (fax)

ATTORNEYS FOR PLAINTIFF

**PLAINTIFF REQUESTS TRIAL BY JURY**

3